1   JAMES C. HOLLAND; SBN 134233
    Attorney at Law
2   134 North Conyer St.
    Visalia, CA  93291
3   (559) 741-1112
    FAX: (559) 741-1113
4
    Attorney for plaintiff YANG HOUA XIONG
5

6

7

8               UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  YANG HOUA XIONG;              ) No.: 1:10-CV-00059-LJO-DLB
                                  )
12       Plaintiff,              ) ORDER CONTINUING
                                  ) SCHEDULING CONFERENCE
13  vs.                          )
                                  )
14  FRESNO POLICE OFFICERS JESUS  ) Prior Date: April 15, 2010
    CERDA and EDEN GROSS-CERDA;   ) New Date: June 23, 2010
15  CITY OF FRESNO; DOES 1-10;    ) Time: 9:30 a.m.
                                  ) Ctrm: 9
16       Defendants.             ) Hon. Dennis L. Beck

17       At the request of plaintiff, the Scheduling Conference

18  previously set for April 15, 2010, is hereby continued to June

19  23, 2010 at 9:30 a.m. in Courtroom 9.

20       IT IS SO ORDERED.

21       Dated:   **April 8, 2010**          **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28

                              1