```
 1  JAMES C. HOLLAND; SBN 134233
    Attorney at Law
 2  134 North Conyer St.
    Visalia, CA  93291
 3  (559) 741-1112
    FAX: (559) 741-1113
 4
    Attorney for plaintiff YANG HOUA XIONG
 5
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANG HOUA XIONG; | No.: 1:10-CV-00059-LJO-DLB |
| Plaintiff, | ORDER CONTINUING SCHEDULING CONFERENCE |
| vs. | |
| FRESNO POLICE OFFICERS JESUS CERDA and EDEN GROSS-CERDA; CITY OF FRESNO; DOES 1-10; | Prior Date: June 23, 2010<br>New Date: September 9, 2010<br>Time: 9:30 a.m.<br>Ctrm: 9 |
| Defendants. | Hon. Dennis L. Beck |

At the request of plaintiff, the Scheduling Conference previously set for June 23, 2010, is hereby continued to September 9, 2010 at 9:30 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:   **June 22, 2010**                    **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

1