```
JAMES C. HOLLAND; SBN 134233
Attorney at Law
134 North Conyer St.
Visalia, CA  93291
(559) 741-1112
FAX: (559) 741-1113

Attorney for plaintiff YANG HOUA XIONG
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANG HOUA XIONG; | No.: 1:10-cv-00059-LJO-DLB |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL AND ORDER THEREON |
| vs. | F.R.C.P. 41(a) |
| FRESNO POLICE OFFICERS JESUS CERDA and EDEN GROSS-CERDA; CITY OF FRESNO; DOES 1-10; | |
| Defendants. | |

To all interested parties, please take notice that plaintiff Yang Houa Xiong hereby voluntarily dismisses the instant action, pursuant to <u>Fed. Rule Civ. Pro</u>. 41(a).

Dated: <u>September 1</u>, 2010          /s/ James C. Holland
                                        James C. Holland, Attorney for
                                        plaintiff Yang Houa Xiong

ORDER

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action;

2. VACATES all pending matters and dates, including the April 15, 2010 scheduling conference; and

///

///

///

1

3.     DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:     September 1, 2010**                            **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES DISTRICT JUDGE